Argued May 23, affirmed June 20, 1978

ALLPHIN, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 76-6533, CA 10092)
579 P2d 902

Steven C. Yates, Eugene, argued the cause and filed the brief for petitioner.

Earl Preston, State Accident Insurance Fund, Eugene, argued the cause for respondent. On the brief were K. R. Maloney, Chief Counsel, James A. Blevins, Chief Trial Counsel, and W. D. Bates, Jr., State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Company,* 33 Or App 241, 576 P2d 27 (1978).